| | |
|---|---|
| 1 | CURTIS LEE MORRISON (CSBN 321106) |
| 2 | RED EAGLE LAW, L.C. |
|   | 30211 Avienda De Las Banderas |
| 3 | Suite 200 #7325 |
| 4 | Rancho Santa Margarita, CA 92688 |
|   | Phone: 714-661-3446 |
| 5 | Email: curtis@redeaglelaw.com |
| 6 | *Attorney for Plaintiffs* |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

TOKTAM HOSSEINNEZHAD ARIANI, *et al.*,

    *Plaintiffs*,

v.

ANTONY J. BLINKEN, *in his official capacity as U.S. Secretary of State*, *et al.*,

    *Defendants*.

Civil No.: 2:24-cv-4536-FWS-DFM

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Hearing Date: December 19, 2024
Hearing Time: 10:00 AM
Courtroom 10D
Honorable Judge Fred W. Slaughter

1  Plaintiffs hereby move this Court under Fed. R. Civ. P. 65(a) for Preliminary
2  Injunction declaring that Defendants' actions withholding and delaying the
3  adjudication and issuance of immigrant visas for Plaintiffs unlawful, mandate
4  Defendants fulfill their mandatory, non-discretionary duty to process Plaintiffs'
5  immigrant visa applications, fully adjudicate Plaintiffs' immigrant visa applications,
6  issue visas to eligible Plaintiffs.
7  Given the immediate and irreparable harm to Plaintiffs if the adjudication of
8  Plaintiffs' visa applications is not adjudicated by January 20, 2025, this Court should
9  issue an immediate order.
10  Pursuit to L.R. 7-3, on November 11, 2024, Plaintiffs, by counsel, conferred
11  with the opposing counsel regarding the upcoming motion via teleconference.
12  Defendants' counsel indicated they would oppose the motion at the said meeting.
13  Plaintiffs respectfully request that the Court grant this motion for the reasons
14  stated in the memorandum of law and supporting exhibits filed contemporaneously
15  with this motion.
16
17  Dated: November 20, 2024        Respectfully submitted,
18
19                                  */s/ Curtis Lee Morrison*
20                                  Curtis Lee Morrison, Esq.
21                                  RED EAGLE LAW LC
22                                  30211 Avienda De Las Banderas
23                                  Suite 200 #7325
24                                  Rancho Santa Margarita, CA 92688
25                                  Phone: (714)661-3446
26                                  Email: curtis@redeaglelaw.com
27                                  *Attorney for Plaintiffs*
28

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2024, service of the foregoing **PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** has been made on counsel of record through the Court's ECF system.

*/s/ Curtis Lee Morrison*
Curtis Lee Morrison (1631896)