JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TOKTAM HOSSEINNEZHAD ARIANI, *et. al.*

Plaintiffs,

v.

ANTONY J. BLINKEN, *et. al.*

Defendants.

Case No. 2:24-cv-04536-FWS-DFM

**ORDER DISMISSING AND TRANSFERRING CERTAIN PLAINTIFFS' CLAIMS [50]**

///

///

///

On December 26, 2024, the court issued an order granting in part and denying in part Defendant Antony J. Blinken and Defendant Robert Jachim's (collectively, "Defendants") Motion to Dismiss, Drop Misjoined Parties, and Sever Claims and denying Plaintiffs' Motion for Preliminary Injunction.[1] (Dkt. 49.) In the December 26, 2024, order, which the court incorporates by reference here, the court dismissed the first and second claims common to all Plaintiffs and severed the claims of the seventy-eight plaintiffs residing outside of the Central District of California.[2] (*Id.* at 19-23.) Because venue for these plaintiffs is proper either in the District of Columbia, where Defendants reside, or in the district in which the individual plaintiff resides, *see* 28 U.S.C. § 1391(e)(1), the court ordered those seventy-eight plaintiffs to file a notice by January 10, 2025, indicating whether they prefer the court to: (1) dismiss their claims without prejudice, (2) transfer their case to the United States District Court for the District of Columbia, or (3) transfer their case to the judicial district in which the plaintiff resides. (*Id.* at 38-39.)

On December 30, 2024, Plaintiffs filed a Notice of Plaintiffs' Preferences, indicating that eight plaintiffs request that the court dismiss their claims without prejudice and seventy plaintiffs request that the court transfer their claims to the

---

[1] References to "Plaintiffs" include all persons listed in the Complaint other than the following seventeen persons Plaintiffs subsequently dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1): Sayyed Mahidi Ziaei, Roozbeh Sanei, Esmaeil Sadeghi, Eunhye Lee, Paria Karimi, Atefeh Torabi, Fereshteh Mohammadi Vahed, Mohammadreza Shokouhimehr, Afshin Babazadeh, Aejung Kim, Amirhossein Goudarzi, Navid Rasekh, Kaveh Hosseini, Amirreza Moini, Sara Aghakhani, Amir Hossini, and Mohammad Mehdi Khajeh. (*See* Compl. ¶¶ 1, 30-347; Dkts. 27, 28, 30, 35, 38, 39, 47.)

[2] The court also dismissed the third, fourth, fifth, and sixth claims of the plaintiffs residing in the Central District of California, primary applicant Plaintiff Ariani, derivative applicant Plaintiff Mikaniki, and their children, A.M. and A.M., without prejudice but without leave to amend. (Dkt. 49 at 24-36.) Thus, only the claims of those plaintiffs residing outside of the Central District of California remain.

District of Columbia. (Dkt. 50 at 2-5.) Accordingly, based on the record in this matter, including all the files and records in this case, as applied to the applicable law, the court **ORDERS** the following:

1. Plaintiffs Javad Ghorbani, Sougol Aghdasi, Jalal Rouhi, Sara Vakili, Seyed Mojtaba Mirfendereski, Tayebeh Mazaheri, Mahboobeh Mahmoodi, and Naser Parsaeian's third, fourth, fifth, and sixth claims are **DISMISSED WITHOUT PREJUDICE**.

2. The following plaintiffs individual claims (the third, fourth, fifth, and sixth claims in the Complaint) are **TRANSFERRED** to the District Court for the District of Columbia pursuant to 28 U.S.C. § 1406: Erfan Rezvani Ghomi, Khalil Taheri, Zeinab Alipanahloo, Nazanin Samiei, Hadi Kaseb Ghane, Payam Shojaei, Asiyeh Motamedfard, Siamak Akhshik, Atefeh Moradi, Adrian Akhshik, Mohammadreza Rezaei Kamalabad, Farank Mesbah, Nima Ghiasidoost, Ghazal Delnavaz, Ali Asghar Safaei, Sahebeh Haghi, Kamran Sepanloo, Samieh Kokabi, Monireh Faraji Dizaji, Vahid Khlilian, Aidin Khalilian, Elham Asadian, Ali Dehshahri, Samira Hossaini Alhashemi, Hana Hanaaee Ahvaz, Hamidreza Yousefi, Nazila Aghaei Hiri, Mehdi Effatparvar, Mohammad Amin Abbaszadeh Sardehaei, Sanaz Aflaki, Parvaneh Hatami, Seyedhamed Nicknamasl, Mahdi Karami, Saba Sabaghi, Mitra Karbasi Kheir, Sajjad Rimaz, Moosa Heidari, Maryam Dehdashti, Hamed Saffari, Soodeh Maghsoodi, Mohammaderfan Kazemi, Javad Esmaeili Nooshabadi, Roya Karamiemad, Mohammadtaghi Vakili, Soheil Mohtaram, Hossein Bakhshi Khaniki, Hamed Khezrzadeh, Roza Asadi, Reza Movahedinia, Maryam Bahrani, Reza Barekatain, Nasim Chitsaz, Mohsen Mohaghegh, Maryam Jamshidisianaki, Mehdi Rahmani, Yashar Toopchi, Fatemeh Safarpour Dizboni, Ayou Amini, Mehrnaz Mesdaghi, Ahmad Ghasem Pour, Javad Ghoddoosinejad, Elham Baghban Baghestan,

Atefeh Amerizadeh, Alireza Amani, Maryam Mazandaran, Maryam Sadat Sadrosadat, Mohammad Alizadeh, Sahar Andarza, Morteza Kazemi, and Sara Kazemi. The clerk shall transmit to the transferee court a copy of the Complaint, (Dkt. 1), the court's December 26, 2024, order, (Dkt. 49), and this transfer order.

3. Because this order dismisses or transfers all remaining claims in this matter, the clerk is respectfully directed to close this case.

**IT IS SO ORDERED.**

DATED: January 7, 2025

Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE